THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-297RSL |
| Plaintiff, | |
| vs. | (~~PROPOSED~~) ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| STACEY HINES, | |
| Defendant. | |

This matter has come before the Court on Stacey Hines's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Stacey Hines's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 8th day of Feb., 2019. ~~2018~~

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Stacey Hines

ORDER FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*United States v. Hines* / CR17-297RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100